**Petition for Writ of Mandamus Denied and Opinion filed February 6, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00652-CV**

---

**IN RE SWAN ENERGY, INC., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-12332**

---

## MEMORANDUM OPINION

On Friday, September 1, 2023, relator Swan Energy, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ravi Sandill, presiding judge of the 127th District Court of Harris County, to vacate his

order denying relator's motion to stay or dismiss for *Forum non Conveniens* as to Swan Energy, Inc.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.